### MADISON TWP. BD. OF ED. v. WAITS

Ohio Supreme Court.

No. 21103. Decided Nov. 26, 1928.

Error to Perry Appeals.

Reversed and Final Judgment.

JONES, J.

#### SCHOOLS & SCHOOL DISTRICTS

(530 T) Section 7730, General Code, pro-

vides that a teacher's contract of employment shall be terminated when a board of education suspends a school "because of disadvantageous location or any other cause." The quoted clause is unambiguous. "Other" causes for suspension are not confined to disadvantageous location or the like; inability to comply with an order of the State Department of Industrial Relations may be a valid cause for suspension.

Marshall, CJ., Day, Allen, Kinkade, Robinson and Matthias, JJ., concur.